CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAUNAK JANI,<br><br>            Plaintiff,<br><br>   v.<br><br>IMMIGRANT INVESTOR PROGRAM OFFICE, *et al*.,<br><br>            Defendants. | Case No. 5:26-cv-01776 NW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ~~[PROPOSED]~~ ORDER** |

The parties in this action hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before June 3, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension to the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or July 20, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by August 4, 2026.

Stipulation to Extend
C 5:26-cv-01776 NW                1

Dated: May 19, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 19, 2026

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
Attorney for Plaintiff

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 22, 2026

_____
NOEL WISE
United States District Judge

GRANTED
Judge Noël Wise

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 5:26-cv-01776 NW                    2

## DECLARATION OF MOLLY A. FRIEND

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.      On March 2, 2026, Plaintiff filed a complaint in which he seeks adjudication of his Form I-526E, Immigrant Petition by Regional Center Investor.  Dkt. No. 1.  Our office was served with the complaint on March 20, 2026.

3.      My office has been conferring with the agency regarding this case, and we determine that Defendants need a brief period of additional time to review Plaintiff's application and determine if an administrative resolution can be obtained. Accordingly, my office contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 19, 2026

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
C 5:26-cv-01776 NW                    3