CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAUNAK JANI,<br><br>          Plaintiff,<br><br>   v.<br><br>IMMIGRATION INVESTOR PROGRAM OFFICE, *et al.*,<br><br>          Defendants. | Case No. 5:26-cv-01776-NW<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** |

On May 22, 2026, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's complaint to June 3, 2026. *See* Dkt. No. 11. Plaintiff and Defendants now stipulate and respectfully request the Court to grant an additional extension of time for Defendants' response to Plaintiff's complaint and set a due date for July 3, 2026. On May 28, 2026, the underlying Form I-526E, Immigrant Petition by Regional Center Investor, was approved. The parties now need additional time to determine how to proceed with this matter in light of this development. In view of the agreed-upon extension for Defendants' response to the complaint, the parties further request a corresponding extension on the deadline for filing a summary judgment motion. The parties request that Defendants file their motion for summary judgment by September 3, 2026.

Stipulation to Extend
Case No. 5:26-cv-01776-NW       1

Dated: June 4, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 4, 2026

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
Attorney for Plaintiff

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 8, 2026

HON. NOEL WISE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-01776-NW          2