CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAUNAK JANI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRANT INVESTOR PROGRAM OFFICE, *et al.*,<br><br>Defendants. | Case No. 5:26-cv-01776 NW<br><br>**STIPULATION TO REVISED BRIEFING ~~SCHEDULE; [PROPOSED]~~ ORDER**<br>GRANTED as modified |

On August 18, 2026, the Court granted the parties' stipulation to a briefing schedule. Dkt. No. 16. On August 24, 2026, Defendants filed their answer to Plaintiffs first amended complaint. Dkt. No. 17. The parties conferred and stipulate to a revision to the briefing schedule that includes a thirty-day extension of time for Defendants' motion for summary judgment. The parties make this request because Defendants counsel will be departing the office, and her case is being reassigned to another attorney. Accordingly, subject to the Court's approval, the parties request the Court to grant the following revised schedule:

1. Defendants will file their motion for summary judgment by ~~October 21, 2026~~ October 7, 2026.

2. Plaintiffs will file their cross-motion for summary judgment and opposition to Defendants' motion by ~~November 20, 2026~~ November 6, 2026.

3. Defendants will file their reply and opposition to Plaintiffs' motion by ~~December 4, 2026~~ November 20, 2026

4. Plaintiffs will file their reply by ~~December 18, 2026.~~ December 4, 2026

Dated: September 18, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: September 18, 2026

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 22, 2026

NOEL WISE
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.